IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISCELLANEOUS CASE NO. 3:24mc 121

IN RE: **OFFICIAL COURT CLOSING**

**O R D E R**

FILED
CHARLOTTE, NC

AUG 21 2024

US District Court
Western District of NC

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Thursday November 28, 2024, and Friday, November 29, 2024, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will be closed Tuesday, December 24, Wednesday December 25, and Thursday December 26, 2024, in observance of the Christmas holiday.

The United States District Court for the Western District of North Carolina will be closed Wednesday, January 1, 2025, in observance of the New Year holiday.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 21st day of August, 2024.

_____
Martin Reidinger, Chief District Judge